UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO: 7:16-CR-115-FL-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| JOSHUA LYNN GONDERMAN | |

Upon motion of the Defendant, by and through counsel, it is hereby ORDERED that Docket Entry 29 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and the Federal Public Defenders Office.

This __30th__ day of May 2017.

_____
LOUISE WOOD FLANAGAN
United States District Court Judge